# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 05 2023
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

In re:  )  Chapter 13
    Jerome Joseph Hall  )
  )  No. 18-22354
  )
    Debtor(s)  )  Judge A. Benjamin Goldgar

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on ___January 30, 2023___, at ___9:30 A.M.___, I will appear before the Honorable ___A. Benjamin Goldgar___, or any judge sitting in that judge's place, **either** in courtroom __642__ of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn Street, Chicago IL 60604, **or** electronically as described below, and present the motion of __application for payment of unclaimed funds (form 1340)__ [to/for] __Jerome J Hall (Claimant)__, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically by video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is __1615000972__, and the passcode is __726993__. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: _____[signature]_____
Claimant
2496 S Blue Island Ave, Unit 2F
Chicago IL 60608

## CERTIFICATE OF SERVICE

    I, Jerome J Hall_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _12/28/22_____, at _NOON__.

[Signature]

The following served by first class U.S. Mail:

Debtor's Attorney
**Ashley Chike**
**Geraci Law L.L.C.**
**55 East Monroe St. Suite #3400**
**Chicago, IL 60603**

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

Case Trustee
Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603

**Chief Civil Division**
**U.S. Attorney's Office**
**219 S. Dearborn Street, Room 710**
**Chicago, IL 60604**

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Jerome | Joseph | Hall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern    District of Illinois | | | |
| | | | (State) |
| Case number: 18-22354 | | | |

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 05 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,560.15 |
|---|---|
| Claimant's Name: | Jerome J Hall |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2496 S Blue Island Ave Unit 2F<br>Chicago IL 60608<br>(708) 262-4335 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Revised: 20191203

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Illinois
Chief Civil Division
U.S. Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 12-17-22 | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: Jerome J Hall | Printed Name of Co-Applicant (if applicable) |
| Address: 2496 S Blue Island Ave Unit 2F, Chicago IL 60608 | Address: |
| Telephone: (708) 262-4335 | Telephone: |
| Email: | Email: |

**6. Notarization**
STATE OF Illinois
COUNTY OF Cook

This Application for Unclaimed Funds, dated 12/17/2022 was subscribed and sworn to before me this 17 day of December, 2022 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

```
CARLOS E MAXWELL
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 14, 2026
```

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: