UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-22354
Jerome Joseph Hall )
)
) Chapter: 13
)
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On January 5, 2023, an application was filed for the Claimant(s), Jerome Joseph Hall, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,560.15 held in unclaimed funds be made payable to Jerome Hall and be disbursed to the payee at the following address:

2496 S. Blue Island Ave., Unit 2F, Chicago, IL 60608

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 30, 2023