UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-22354 |
| Jerome Joseph Hall ) | | |
| ) | Chapter: | 13 |
| ) | Honorable A. Benjamin Goldgar | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On January 5, 2023, an application was filed for the Claimant(s), Jerome Joseph Hall, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,560.15 held in unclaimed funds be made payable to Jerome Hall and be disbursed to the payee at the following address:

2496 S. Blue Island Ave., Unit 2F, Chicago, IL 60608

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 30, 2023

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 18-22354-CAD |
| Jerome Joseph Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jerome Joseph Hall, 1720 South Michigan 2208, Chicago, IL 60616-4854 |
| | + | Jerome Hall, 2496 S Blue Island Ave Unit 2F, Chicago, IL 60608-6108 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley Chike | on behalf of Debtor 1 Jerome Joseph Hall ndil@geracilaw.com |
| Charles F Kinzer | on behalf of Debtor 1 Jerome Joseph Hall ndil@geracilaw.com |
| Crystal V Caceres | on behalf of Creditor Wells Fargo Bank  N.A. ccaceres@hofbauerlegal.com |
| Nisha B Parikh | on behalf of Creditor Wells Fargo Bank  N.A. ILBankruptcy@dallegal.com |
| Patrick S Layng | |

| District/off: 0752-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf012 | Total Noticed: 2 |

USTPRegion11.ES.ECF@usdoj.gov

Thomas H. Hooper

thomas.h.hooper@chicagoch13.com

TOTAL: 6